**Robert H. WRIGHT, Jr.,**
**Plaintiff-Appellee,**

v.

**John GOODRICH, Deputy, Jerald Watson, Defendant-Appellants.**

No. 16-16281

United States Court of Appeals, Eleventh Circuit.

(April 12, 2017)

Craig Thomas Jones, The Orlando Firm, LLC, Decatur, GA, for Plaintiff-Appellee

Russell A. Britt, Kenneth Drew Jones, Hall Booth Smith, PC, Atlanta, GA, for Defendant-Appellant

Before WILSON and BLACK Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

After careful review of the briefs and the record, and having the benefit of oral argument, we find no reversible error. We have considered all of John Goodrich and Jerald Watson's specifications of error, reviewing de novo the following:

1. Whether the district court erred in denying Watson and Goodrich qualified immunity on Robert Wright's Fourth Amendment claim?

2. Whether the district court erred in in denying Watson and Goodrich official

---

* Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting

immunity on Robert Wright's parallel state law claim?

The decision of the district court is

**AFFIRMED.**